| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>JONATHAN D. USLANER (Bar No. 256898)<br>(jonathanu@blbglaw.com)<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>Tel:     (310) 819-3470 | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>JENNIFER L. JOOST (Bar No. 296164)<br>(jjoost@ktmc.com)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Tel:     (415) 400-3000<br>Fax:    (415) 400-3001 |

*Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST REPUBLIC BANK, JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>Defendants. | Case No. 3:23-cv-1993<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:23-cv-1993

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, no such interest is known other than that of the named parties to the action and the class identified in the Complaint.

DATED: April 24, 2023                    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

HANNAH ROSS
(hannah@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:    (212) 554-1444

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**

JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:     (415) 400-3000
Fax:    (415) 400-3001

NAUMON A. AMJED
(namjed@ktmc.com)
DARREN J. CHECK
(dcheck@ktmc.com)
RYAN T. DEGNAN
(rdegnan@ktmc.com)
BARBARA A. SCHWARTZ
(bschwartz@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel:     (610) 667-7706
Fax:    (610) 667-7056

*Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**

ROBERT D. KLAUSNER
(bob@robertdklausner.com)
STUART A. KAUFMAN
(stu@robertdklausner.com)
7080 NW 4th Street
Plantation, FL 33317
Tel:   (954) 916-1202
Fax:  (954) 916-1232

*Additional Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*