UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>Defendants. | Case No. 23-cv-01993-HSG<br><br>**ORDER GRANTING DEFENDANT FEDERAL DEPOSIT INSURANCE COPRORATION AS RECEIVER FOR FIRST REPUBLIC BANK'S MOTION TO STAY PROCEEDINGS**<br><br>Re: Dkt. No. 13 |

Pending before the Court is the motion of Defendant Federal Deposit Insurance Corporation as Receiver for First Republic Bank (FDIC-R) to stay this action for 90 days pursuant to 12 U.S.C. § 1821(d)(12)(A) ("Motion to Stay").  Dkt. No. 13. The Court, having considered the briefs and other documents in support of and in opposition to the motion, the pleadings and records on file in this action, orders as follows: The FDIC-R's Motion to Stay is hereby **GRANTED**. All proceedings in this action are stayed until July 30, 2023.

**IT IS SO ORDERED.**

Dated: 6/13/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge