**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:   (310) 819-3470

**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001

*Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST REPUBLIC BANK, JAMES H. HERBERT, II, HAFIZE GAYE ERKAN, MICHAEL J. ROFFLER, OLGA TSOKOVA, MICHAEL D. SELFRIDGE, NEAL HOLLAND, and KPMG, LLP,<br><br>Defendants. | Case No. 4:23-cv-01993-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY OF DISMISSAL WITHOUT PREJUDICE**<br><br>CLASS ACTION<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom 2 – 4th Floor<br>1301 Clay Street, Oakland, CA 94612 |

1     NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of
2  Civil Procedure, Plaintiff City of Hollywood Police Officers' Retirement System ("Plaintiff") hereby
3  voluntarily dismisses the above-captioned action, without prejudice.  As grounds thereof, Plaintiff
4  states that no opposing party has served an answer or a motion for summary judgment.

6  DATED: June 16, 2023                     Respectfully submitted,

                                            **BERNSTEIN LITOWITZ BERGER
                                              & GROSSMANN LLP**

                                            */s/ Jonathan D. Uslaner*
                                            JONATHAN D. USLANER (Bar No. 256898)
                                            (jonathanu@blbglaw.com)
                                            2121 Avenue of the Stars, Suite 2575
                                            Los Angeles, CA 90067
                                            Tel:     (310) 819-3470

                                            HANNAH ROSS
                                            (hannah@blbglaw.com)
                                            AVI JOSEFSON
                                            (avi@blbglaw.com)
                                            SCOTT R. FOGLIETTA
                                            (scott.foglietta@blbglaw.com)
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Tel:     (212) 554-1400
                                            Fax:    (212) 554-1444

                                            **KESSLER TOPAZ MELTZER
                                              & CHECK, LLP**
                                            JENNIFER L. JOOST (Bar No. 296164)
                                            (jjoost@ktmc.com)
                                            One Sansome Street, Suite 1850
                                            San Francisco, CA 94104
                                            Tel:     (415) 400-3000
                                            Fax:    (415) 400-3001

                                                    -and-

                                            NAUMON A. AMJED
                                            (namjed@ktmc.com)
                                            DARREN J. CHECK
                                            (dcheck@ktmc.com)
                                            RYAN T. DEGNAN
                                            (rdegnan@ktmc.com)
                                            BARBARA A. SCHWARTZ
                                            (bschwartz@ktmc.com)
                                            280 King of Prussia Road
                                            Radnor, PA 19087

| | |
|---|---|
|1| |
|2| Tel:  (610) 667-7706 |
| | Fax: (610) 667-7056 |
|3| |
| | *Counsel for Plaintiff City of Hollywood Police Officers' Retirement System* |
|4| |
| | **KLAUSNER KAUFMAN JENSEN & LEVINSON** |
|5| |
|6| ROBERT D. KLAUSNER |
| | (bob@robertdklausner.com) |
|7| STUART A. KAUFMAN |
| | (stu@robertdklausner.com) |
|8| 7080 NW 4th Street |
| | Plantation, FL 33317 |
|9| Tel:  (954) 916-1202 |
| | Fax: (954) 916-1232 |
|10| |
| | *Additional Counsel for Plaintiff City of Hollywood Police Officers' Retirement System* |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:23-cv-01993-HSG                                                               2